UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civ. No. 15-399 (SRC) |
| | : | |
| v. | : | Hon. Stanley R. Chesler |
| | : | |
| BRET OSTRAGER | : | ORDER |

THIS MATTER having come before the Court on the motion to dismiss charges [Docket # 6] filed by defendant Bret Ostrager, the Court having considered the motion, the record of proceedings in this matter (including written submissions [Docket ## 6, 8, 9, and 10] and oral argument), and the response of the United States; and for the reasons stated in Court on December 1, 2015,

IT IS on this 9th day of Dec_____, 2015

ORDERED that the defendant's motion is hereby DENIED in all respects.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge